282 So.2d 402

**In re Wilton O'Neal TROTT**

**v.**

**STATE.**

**Ex parte STATE of Alabama ex rel. ATTORNEY GENERAL.**

**SC 427.**

Supreme Court of Alabama.

Aug. 30, 1973.

William J. Baxley, Atty. Gen., and Joseph G. L. Marston, III, Asst. Atty. Gen., for the State.

J. Paul Lowery, Montgomery, for respondent.

JONES, Justice.

On preliminary examination, the petition for the writ of certiorari to the Court of Criminal Appeals, 51 Ala.App. 40, 282 So. 2d 392 was granted. Upon further consideration, we hold that the writ was improvidently granted and is due to be quashed.

Writ quashed.

HEFLIN, C. J., and COLEMAN, BLOODWORTH and McCALL, JJ., concur.

277 So.2d 919

**In re Marcus UPSHAW**

**v.**

**STATE.**

**Ex parte Marcus Upshaw.**

**SC 365.**

Supreme Court of Alabama.

May 17, 1973.

E. C. Herrin, Birmingham, for petitioner.

William J. Baxley, Atty. Gen., and Richard F. Calhoun, Asst. Atty. Gen., for the State.

FAULKNER, Justice.

Petition of Marcus Upshaw for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Upshaw v. State, 50 Ala.App. 172, 277 So.2d 917.

Writ denied.

HEFLIN, C. J., and MERRILL, HARWOOD and MADDOX, JJ., concur.